**John CARROLL, Plaintiff,**

**and**

**Patrick Barrett, Plaintiff—Appellee,**

**Patrick Kahawaiolaa; Virgil Day; Emmett Lee Loy, Intervenors—Appellants,**

Office of Hawaiian Affairs,
Intervenor—Appellee,

v.

James NAKATANI, in his capacity as Chairperson/Director of the State of Hawaii Department of Agriculture; Paul Lamahieu, in his capacity as Chairperson/Director of the State of Hawaii Department of Education; Timothy E. Johns, in his capacity as Chairperson/Director of the State of Hawaii Department of Land and Natural Resources; Seiji Naya, in his capacity as Chairperson/director of the State of Hawaii Department of Business Economic Development & Tourism; Kazu Hayashida, in his capacity as Chairperson/Director of the State of Hawaii Department of Transportation; Raymond Sato, in his capacity as Chairperson/Director of he State of Hawaii Department of Accounting and General Services; State of Hawaii; Benjamin J. Cayetano, in his official capacity as the Governor of the State of Hawaii; Charles Ota, Collette Machado; Nalani Olds; Nani Brandt; Clayton Hee; Gladys Brandt; Dante Carpenter; Ilei Beniamina; and Hannah Springer, in their capacities as Trustees of the Board of Trustees of the Office of Hawaiian Affairs, Defendants—Appellees.

John Carroll, Plaintiff,

and

Patrick Barrett, Plaintiff—Appellant,

v.

James Nakatani, in his capacity as Chairperson/Director of the State of Hawaii Department of Agriculture; Paul Lamahieu, in his capacity as Chairperson/Director of the State of Hawaii Department of Education; Timothy E. Johns, in his capacity as

Chairperson/Director of the State of Hawaii Department of Land and Natural Resources; Seiji Naya, in his capacity as Chairperson/director of the State of Hawaii Department of Business Economic Development & Tourism; Kazu Hayashida, in his capacity as Chairperson/Director of the State of Hawaii Department of Transportation; Raymond Sato, in his capacity as Chairperson/Director of he State of Hawaii Department of Accounting and General Services; Charles Ota, Collette Machado; Nalani Olds; Nani Brandt; Clayton Hee; Gladys Brandt; Dante Carpenter; Ilei Beniamina; and Hannah Springer, in their capacities as Trustees of the Board of Trustees of the Office of Hawaiian Affairs, Defendants,

Victoria Holt–Takamine; Piilani Smith; Wayne Kaho'Onei Panoke; Momi Kamahele; Trustees of the Office of Hawaiian Affairs, Defendant—Intervenors,

and

State of Hawaii; Benjamin J. Cayetano, in his official capacity as the Governor of the State of Hawaii, Defendants—Appellees,

Ilio'Ulaokalani Coalition; Office of Hawaiian Affairs; State Council of Hawaiian Homestead Association, Defendant—Intervenors—Appellees.

Nos. 01–15323, 01–17277.
DC Nos. CV 00–641 DAE,
CV 00–645 DAE.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 9, 2002.

Submission Deferred May 10, 2002.

Resubmitted Oct. 14, 2003.*

Decided Oct. 14, 2003.

John W. Goemans, Honolulu, HI, for Plaintiff–Appellee.

William Helfand, Houston, TX, for Plaintiff–Appellee/Plaintiff–Appellant.

Walter R. Schoettle, Emmett Lee Loy, Honolulu, HI, for Intervenors–Appellants.

Charleen M. Aina, DAG, Girard D. Lau, DAG, Office of the Attorney General, Honolulu, HI, for Defendants–Appellees.

Patrick W. Hanifin, Im Hanifin Parsons, Honolulu, HI, for Plaintiff–Appellant.

Sherry P. Broder, Davies Pacific Center, Philip W. Miyoshi, McCorriston, Miller, Mukai, MacKinnon LLP, Arnold L. Lum, Honolulu, HI, for Defendant–Intervenor–Appellee.

Before WALLACE, TASHIMA, and TALLMAN, Circuit Judges.

### ORDER

In *Carroll v. Nakatani*, 342 F.3d 934 (9th Cir.2003), this court affirmed the district court's dismissal for lack of standing of plaintiff's underlying action. Accordingly, appellants' motion to intervene in that action has been rendered moot. This appeal is therefore dismissed on account of mootness. No costs.

**APPEAL DISMISSED.**